WAGNER

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 25-cr-20298 SHL |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| VICTOR R. LOCKE, ) | |
| ) | |
| Defendant. ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

On or about June 11, 2024, in the Western District of Tennessee, the defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, the firearm listed in the below chart, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

| Count 1 | KelTec .380 caliber pistol |
|---|---|
| Count 2 | Palmetto State Armory 9mm caliber pistol |
| Count 3 | North American Arms .22 magnum caliber revolver |

A TRUE BILL:

_____
**F O R E P E R S O N**

DATED: **October 14, 2025**

_____
**D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY**